IN THE SUPREME COURT OF THE STATE OF NEVADA

ADAM MONTRELL GOBER,
Appellant,
vs.
THE STATE OF NEVADA,
Respondent.

No. 81979

FILED

NOV 04 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a district court order denying a "motion to hold Carl Arnold in contempt of court." Eighth Judicial District Court, Clark County; Michael Villani, Judge.

Because no statute or court rule permits an appeal from the aforementioned order, this court lacks jurisdiction to consider this appeal. *Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990). Accordingly, this court

ORDERS this appeal DISMISSED.

_____, J.
Gibbons

_____, J.
Stiglich

_____, J.
Silver

SUPREME COURT
OF
NEVADA

(O) 1947A

20-40237

cc: Hon. Michael Villani, District Judge
Adam Montrell Gober
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk